IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **05-cv-00063-AP**

**LARRY WARD,**

        Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

The Unopposed Motion for an Award of Reasonable Attorney Fees Under the Equal Access to Justice Act, filed July 8, 2005, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff reasonable attorney fees in the amount of **$2,734.03**.

Dated at Denver, Colorado, this 11th day of July, 2005.

        BY THE COURT:

        S/**John L. Kane**
        Senior Judge, United States District Court